No. 760. UNITED STATES *v.* PENN-OLIN CHEMICAL Co. ET AL. Appeal from D. C. Del. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Turner* and *Edwin M. Zimmerman* for the United States. *William S. Potter, Albert R. Connelly* and *H. Francis DeLone* for appellees.

No. 754. WHITEHILL *v.* ELKINS, PRESIDENT, UNIVERSITY OF MARYLAND, ET AL. Appeal from D. C. Md. Probable jurisdiction noted. *Sanford Jay Rosen, Arnold M. Weiner* and *Joseph S. Kaufman* for appellant. *Robert C. Murphy,* Attorney General of Maryland, and *Loring E. Hawes* and *Julius A. Romano,* Assistant Attorneys General, for appellees.

No. 810. ZWICKLER *v.* KOOTA, DISTRICT ATTORNEY OF COUNTY OF KINGS. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted. *Emanuel Redfield* for appellant. *Louis J. Lefkowitz,* Attorney General of New York, for appellee.

No. 838. WYANDOTTE TRANSPORTATION CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted. *Lucian Y. Ray* and *Benjamin W. Yancey* for Wyandotte Transportation Co., *George B. Matthews* for Union Barge Line Corp., and *Tom F. Phillips* for Cargill, Inc., et al., petitioners. *Solicitor General Marshall, Assistant Attorney General Sanders* and *Alan S. Rosenthal* for the United States.